# MINUTE ORDER

Page 4

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 01/07/25   Time: 1:30 p.m.

Defendant: **Roderick Vanderbilt**   J#: _____   Case #: **24-CR-20560-MARTINEZ/SANCHEZ**

AUSA: **Matthew Reilly**   Attorney: **John Priovolous (TEMP)**

Violation: Conspiracy to Commit Securities Fraud   Surr/Arrest Date: _____   YOB: _____

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ☐ Yes   ☐ No   Recommended Bond: _____

Bond Set at: **$2million PSB to include 2 properties.**   Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs **48 hours**
- [x] Report to PTS as **directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] Random urine testing by Pretrial Services /**surrender medical marijuana c card to PTS** ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Refrain from employment in securities industries
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [x] Not to encumber property **(unless to pay attorney fees)**
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: WD SOUTH CAROLINA and SDFL
- [ ] Other: _____

Language: **English**

Disposition:
Defendant advised of rights and charges.
*Parties stipulation to $100K PSB – denied.
*Court orders $2million PSB with 2 properties. (Florida and New York)

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: **1/17/25**   **10:00AM**   **DUTY JUDGE**   **MIAMI**

PTD/Bond Hearing: _____

Prelim/Arraignment **1/17/25**   **10:00AM**   **DUTY JUDGE**   **MIAMI**

Status Conference RE: _____

D.A.R. **13:52:30**   Time in Court: **7 mins**

s/Edwin G. Torres   Chief Magistrate Judge