UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 2024-CR-20560 MARTINEZ/SANCHEZ

UNITED STATES OF AMERICA,

v.

RODERICK VANDERBILT,
    *Defendant.*
_____/

## WAIVER OF INDICTMENT

I, Roderick Vanderbilt, the above-named defendant who is accused of **Conspiracy to Commit Securities Fraud (18 U.S.C. § 371),** being advised of the nature of the charge, the proposed information, and of my rights, hereby waived in open court on 1/7/2025, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
John Priovolos, P.A.
Counsel for Defendant

_____
Jonathan Goodman
Chief United States Magistrate Judge