# COURT MINUTES

Page 2

## Chief Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**          Date: 1/17/25          Time: 10:00 a.m.

Defendant: Roderick Vanderbilt          J#: 54539-511          Case #: 24-CR-20560-MARTINEZ/SANCHEZ

AUSA: Jacqueline DerOvanesian          Attorney: John Privolous (PERM)

Violation: Conspiracy to Commit Securities Fraud

Proceeding: **Report RE: Counsel/Arraignment (Information)**          CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

Bond Set at: $2 million PSB w/2 properties          Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: English

Disposition:

*Brady Order given. Defense Counsel filed a Permanent Notice of Appearance per DE# [6]. Defendant filed a Waiver of Indictment in open court. Defendant Arraigned. Reading of Information Waived. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested.*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. JG-10:01:02; 10:05:45          Time in Court: 3 mins.