UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-CR-20560-MARTINEZ**

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT,

    Defendant.

_____/

**ORDER OF TRANSFER**

Good cause appearing that a transfer of this case is appropriate pursuant to this Court's Internal Operation Procedure 2.15.00, and subject to consent below, it is **ORDERED AND ADJUDGED** that the United States' Motion to Transfer (ECF No. 11) is **GRANTED** and the above-numbered case is **TRANSFERRED** to the calendar of United States District Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 28 day of January, 2025.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

After reviewing the file, the undersigned accepts the transfer of this case. It is therefore **ORDERED AND ADJUDGED** that all pleadings filed shall bear the following Case No. 24-CR-20560-Leibowitz, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is accepted this 31 day of January, 2025.

                                          DAVID S. LEIBOWITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record