UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20560

**UNITED STATES OF AMERICA**

vs.

**RODERICK VANDERBILT**

        **Defendant**

_____/

**JOINT REQUEST FOR CHANGE OF PLEA HEARING**

The government and Defendant Roderick Vanderbilt jointly request that the Court schedule a change of plea hearing for Defendant Vanderbilt on March 19, 2025, at 10am. The parties also request that time be excluded until the next appearance pursuant to 18 U.S.C. § 3161(h)(1)(G).

                      Respectfully submitted,

                      GLENN S. LEON
                      CHIEF, FRAUD SECTION
                      CRIMINAL DIVISION
                      U.S. DEPARTMENT OF JUSTICE

By:   /s/ Katherine McCarthy
        Katherine McCarthy
        Trial Attorney
        Florida Special Bar No. A5502801
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 714-7932
        Email: Katherine.McCarthy@usdoj.gov

Priovolos Law Group
66 West Flagler Street
Suite 1000
Miami, FL 33130
Tel: 305-470-2060
Email: john@jpesq.com

*s/ John Priovolos*
JOHN PRIOVOLOS
Florida Bar № 690112

*Counsel for Roderick Vanderbilt*

**CERTIFICATE OF SERVICE**

      I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                          By:    /s/ Katherine McCarthy
                                    Katherine McCarthy
                                    Trial Attorney
                                    Florida Special Bar No. A5502801
                                    United States Department of Justice
                                    Criminal Division, Fraud Section
                                    1400 New York Ave., NW
                                    Washington, DC 20005
                                    Tel: (202) 714-7932
                                    Email: Katherine.McCarthy@usdoj.gov

Dated:   March 3, 2025