UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20560-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RODERICK VANDERBILT**,

    Defendant.

_____/

### ORDER GRANTING JOINT REQUEST FOR CHANGE OF PLEA HEARING

THIS CAUSE came before the Court on the Joint Request for Change of Plea Hearing [ECF No. 14].  Being fully advised, having reviewed the submissions of the parties, and for the reasons stated in the Joint Request, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Status Conference scheduled for March 6, 2025, is cancelled.  A Change of Plea hearing is scheduled for March 19, 2025, at 10:15 a.m. in the Miami Division.

For the reasons stated in the motion and without objection, the time from today through the Change of Plea date is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(7). Time excluded from 3/3/2025 through 3/19/2025.

**DONE AND ORDERED** in the Southern District of Florida on March 3, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record