UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:24-CR-20560

UNITED STATES OF AMERICA,

v.

**RODERICK VANDERBILT,**
   *Defendant.*
_____/

## JOINT REQUEST FOR CONTINUANCE

A change of plea hearing in this matter is currently scheduled for Wednesday, March 19, 2025. The parties require more time to review and confer regarding discovery. Additionally, undersigned counsel has been ill for the last several days and has been unable to confer and prepare Mr. Vanderbilt for the scheduled hearing. The parties jointly request a continuance until April 25, 2025. The parties also request that time be excluded until the next appearance pursuant to 18 U.S.C. § 3161(h)(1)(G).

Respectfully submitted,

Priovolos Law Group
John Priovolos
66 W. Flagler St, Ste 1000
Miami, FL 33130
Telephone: (305) 470-2060
Facsimile: (305) 851-8821
Email: john@jpesq.com
*Counsel for Roderick Vanderbilt*

By: /s/ John Priovolos
John Priovolos
FBN: 690112

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

U.S. DEPARTMENT OF JUSTICE
By: /s/ Katherine McCarthy
Katherine McCarthy
Trial Attorney
Florida Special Bar No. A5502801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 714-7932
Email: Katherine.McCarthy@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 18, 2025 a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

John Priovolos
66 W. Flagler St, Ste 1000
Miami, FL 33130
Telephone: (305) 470-2060
Facsimile: (305) 851-8821
Email: john@jpesq.com
*Counsel for Roderick Vanderbilt*

By: /s/ John Priovolos
John Priovolos
FBN: 690112