UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20560-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RODERRICK VANDERBILT**,

    Defendant.

_____/

### ORDER GRANTING JOINT MOTION FOR CONTINUANCE

THIS CAUSE came before the Court on Joint Motion to Continue Change of Plea Hearing [ECF No. 20]. Being fully advised, having reviewed the submission of the parties, for the reason stated in the motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. <u>The Change of Plea hearing scheduled for March 19, 2025, is cancelled, and is rescheduled to April 25, 2025, at 11:00 a.m. in the Miami Division</u>.

For the reasons stated on the record and without objection, the time from today through the Jury Trial date is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Time excluded from 3/19/2025 through 4/25/2025.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record