UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20560-LEIBOWITZ

**UNITED STATES OF AMERICA**

vs.

**RODERICK VANDERBILT,**

      **Defendant.**

_____/

**STIPULATION CONCERNING DISCOVERY AND
PERSONAL IDENTIFYING INFORMATION**

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING CONCERNING ALL DISCOVERY AND PERSONAL IDENTIFYING INFORMATION:

    **IT IS HEREBY STIPULATED** that the United States may provide personal identifying information in its possession that the United States believes necessary to comply with its discovery obligations;

    **IT IS FURTHER STIPULATED** that all discovery materials provided by the United States shall be considered and designated as "Confidential";

    **IT IS FURTHER STIPULATED** that counsel of record for the Defendant shall hold the discovery materials in strict confidence, disclosing the information to counsel's client, staff, investigators, and witnesses only to the extent counsel believes is necessary to assist in the defense of this matter;

    **IT IS FURTHER STIPULATED** that counsel of record for the Defendant shall advise any person to whom the discovery materials are disclosed that the information must be held in strict confidence and the recipient may not further disclose or disseminate the information;

    **IT IS FURTHER STIPULATED** that the United States is authorized to disclose to counsel of record for the Defendant personal identifying information that the United States has

acquired in its investigation. The United States and the attorneys for the United States associated with this case hereby are protected in the disclosure of these materials.

By: *(signature)*

LORINDA I. LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov
*Counsel for the United States of America*

Priovolos Law Group
66 West Flagler Street
Suite 1000
Miami, FL 33130
Tel: 305-470-2060
Email: john@jpesq.com

*(signature)*

JOHN PRIOVOLOS
Florida Bar № 690112
*Counsel for Roderick Vanderbilt*