UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20560

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT

    Defendant.
_____

**UNITED STATES' FIRST RESPONSE TO THE STANDING DISCOVERY ORDERS**

On January 17, 2025, United States Magistrate Judge Jonathan Goodman entered a paperless Standing Discovery Order (ECF No. 8) as to Defendant Roderick Vanderbilt. The United States hereby files this First Response to the Standing Discovery Order as to the Defendant, in compliance with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

In accordance with local and federal rules, the parties met and conferred regarding the government's discovery productions and the following materials have been produced to the Defendant:

> On December 17, 2024, the United States provided the Defendant with a production of approximately 34 documents supporting the allegations in the Criminal Information filed on December 31, 2024 (ECF No. 1).
>
> On March 6, 2025, the United States provided the Defendant with a supplemental production of approximately 50 documents.
>
> On March 11, 2025, the United States provided the Defendant with a third production of approximately 3,652 documents, consisting of email communications and attachments.
>
> On March 18, 2025, the United States provided the Defendant with a fourth production of approximately 29 documents, consisting of memorandum of interview reports, interview notes, and proffer agreements.

On April 4, 2025, the United States provided the Defendant with a fifth production of approximately 68 documents, consisting of memorandum of interview reports and notes.

On April 10, 2025, the United States provided the Defendant with a supplemental production of one document, consisting of interview notes.

On April 18, 2025, the United States provided the Defendant with a seventh production of approximately 289,989 documents, consisting of recordings, interview reports and agent notes, and files from the Defendant's electronic device.

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady, Giglio,* and *Napue*.

    Respectfully submitted,

    LORINDA I. LARYEA
    Acting Chief, Fraud Section
    Criminal Division
    U.S. Department of Justice

By:   /s/ Lauren Archer
    Lauren Archer
    Trial Attorney
    Florida Special Bar No. A5502575
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Ave., NW
    Washington, DC 20005
    Tel: (202) 538-3859
    Email: Lauren.Archer2@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 21, 2025, the foregoing was filed via the CM/ECF electronic filing system and served on all counsel of record as described in Local Rule 5.4.

        By: /s/ Lauren Archer
           Lauren Archer
           Trial Attorney
           Florida Special Bar No. A5502575
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 538-3859
           Email: Lauren.Archer2@usdoj.gov