**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20560**

**UNITED STATES OF AMERICA**

v.

**RODERICK VANDERBILT**

    **Defendant.**

_____

**UNITED STATES' NOTICE OF STIRKING**

The United States, through undersigned counsel, hereby files a Notice of Striking re: ECF No. 26. Following the filing of that notice, the Clerk's Office filed ECF No. 27 and instructed the government to refile ECF No. 26 with the signature block matching the CM/ECF login name. The government hereby notices the striking of ECF No. 26 and will promptly refile its Notice Regarding Victims.

                              Respectfully submitted,

                              LORINDA I. LARYEA
                              Acting Chief, Fraud Section
                              Criminal Division
                              U.S. Department of Justice

                By:    /s/ Matthew Reilly
                              Matthew Reilly
                              Trial Attorney
                              Florida Special Bar No. A5503036
                              United States Department of Justice
                              Criminal Division, Fraud Section
                              1400 New York Ave., NW
                              Washington, DC 20005
                              Tel: (202) 320-8523
                              Email: matthew.reilly2@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 24, 2025, the foregoing was filed via the CM/ECF electronic filing system and served on all counsel of record as described in Local Rule 5.4.

        By: /s/ Matthew Reilly
           Matthew Reilly
           Trial Attorney
           Florida Special Bar No. A5503036
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 320-8523
           Email: matthew.reilly2@usdoj.gov