UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20560

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT

          **Defendant.**

### UNITED STATES' NOTICE REGARDING VICTIMS

The United States, through undersigned counsel, provides the following notice regarding victims in advance of the proceeding scheduled on April 25, 2025. In accordance with the government's obligations under the Crime Victim Rights Act ("CVRA"), the government provided victims with reasonable, accurate, and timely notice of all public court proceedings. *See* 18 U.S.C. § 3771(a)(2); *see also* Fed. R. Crim. P. 60(a)(1). In addition, on April 3, 2025, the government conducted a conferral session with victims in this case in accordance with 18 U.S.C. § 3771(a)(5). During the conferral and thereafter, victims in this case have informed the government of their intent to exercise their right to be reasonably heard at the upcoming proceeding on April 25, 2025, pursuant to 18 U.S.C. § 3771(a)(4) and Fed. R. Crim. P. 60(a)(3). The government understands that two victims (S.V. and J.J.) may seek to exercise this right in person at the change of plea hearing on April 25, 2025. Additionally, pursuant to 18 U.S.C. § 3771(b)(1), the Court has made available a remote access line as a reasonable accommodation to victims who cannot attend the change of plea hearing in person to allow such victims to observe the proceeding. At least one

victim (K.R.) has expressed an intent to participate remotely and has provided written statements to the Court via email.

        Respectfully submitted,

        LORINDA I. LARYEA
        Acting Chief, Fraud Section
        Criminal Division
        U.S. Department of Justice

By:   /s/ Lauren Archer
        Lauren Archer
        Trial Attorney
        Florida Special Bar No. A5502575
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 538-3859
        Email: Lauren.Archer2@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 24, 2025, the foregoing was filed via the CM/ECF electronic filing system and served on all counsel of record as described in Local Rule 5.4.

        By: /s/ Lauren Archer
           Lauren Archer
           Trial Attorney
           Florida Special Bar No. A5502575
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 538-3859
           Email: Lauren.Archer2@usdoj.gov