```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO.  24-20560-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,
v.

**RODERICK VANDERBILT,**

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court on Assistant United States Attorney Kate T. McCarthy's Motion to Withdraw as Counsel for the United States [ECF No. 33]. The Court has considered the Motion. It is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is directed to remove Kate T. McCarthy as counsel in this case.

    **DONE AND ORDERED** in the Southern District of Florida on May 20, 2025.



```
                              _____
                              DAVID S. LEIBOWITZ
                              UNITED STATES DISTRICT JUDGE
```

cc:  counsel of record