```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

          CASE NO.  24-20560-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

v.

**RODERICK VANDERBILT,**

    **Defendant.**
_____/

**ORDER AUTHORIZING RELEASE OF TRANSCRIPT**

THIS CAUSE is before the Court *sua sponte*.  It is **ORDERED AND ADJUDGED** that a copy of the sealed transcript of the change of plea hearing held April 25, 2025 (at ECF No. 30), shall be provided to Matthew Riley, Esq., and John Priovolos, Esq.

    **DONE AND ORDERED** in the Southern District of Florida on March 12, 2026.

                                         _____
                                         DAVID S. LEIBOWITZ
                                         UNITED STATES DISTRICT JUDGE

cc:   counsel of record