# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

**United States of America,**
**Plaintiff,**

**v.**

**Roderick Vanderbilt,**
**Defendant.**

Case No. 24-CR-20560

FILED BY_____MCO____D.C.

MAR 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF WITHDRAWAL OF MOTION

Shadwrick Vick, a victim in the above-captioned matter, respectfully notifies the Court that he withdraws his previously submitted "Motion for Access to Recording or Transcript of Sealed Hearing" regarding the April 25, 2025 hearing mailed to the Clerk's Office on February 26, 2026.

Respectfully submitted this March 10, 2026.

/s/ Shadwrick Vick

Shadwrick Vick
150 Riveroak Drive
Fayetteville, GA 30215
shadvick@gmail.com
(801) 815-7426

3/10/2026

Shadwrick Vick
150 Riveroak Drive
Fayetteville, GA 30215
shadvick@gmail.com
(801) 815-7426


Clerk's Office
United States District Court
400 N. Miami Avenue
Miami, Florida 33128


Dear Clerk of Court,

Enclosed please find my "Notice of Withdrawal of Motion" in Case No. 24-CR-20560
(United States v. Roderick Vanderbilt).Thank you for your assistance.

Sincerely,

Shadwrick Vick

Shad Vick
150 Riveroak Dr
Fayetteville, GA 30215



FOREVER

Clerks Office
United States District Court
400 N. Miami Avenue
Miami, Florida 33128

33128-771899

MAR 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REC'D BY _____ D.C.