UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20560-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK VANDERBILT,

    Defendant.

## NOTICE OF STATUS REPORT

1. The United States of America, by and through its attorneys, Lorinda I. Laryea, Chief, Fraud Section, and Matthew Reilly, Acting Assistant Chief, hereby provide the Court with a status update as directed during the telephonic status conference on March 5, 2026. ECF No. 43.

2. On December 31, 2024, Defendant Roderick Vanderbilt was charged by information alleging one count of conspiracy in violation of 18 U.S.C. § 371. ECF No. 1.

3. On April 25, 2025, a hearing was held concerning the defendant and, during the hearing, the Court – for good cause shown – sealed the transcript of the proceedings.

4. On March 3, 2026, a victim (S.V.) filed a "Motion for Access to Recording or Transcript of Sealed Hearing." ECF No. 41. The motion stated that S.V., from his "direct observation" at the April 25, 2025 hearing, did not believe that sensitive personal information was disclosed during his or the defendant's statement. *Id*. The motion requested "access to the video recording and transcript of the April 25, 2025 hearing." *Id.*

1

5.  On March 5, 2026, a telephonic hearing was held and the Court directed the government to confer with S.V. and file a status report no later than March 17, 2026.  *See* ECF No. 43.

6.  On March 10, 2026, the government, agents from the Federal Bureau of Investigation, and S.V. conferred regarding the motion.  Following that conferral, based on S.V.'s representations, the government understood that he intended to withdraw his motion for unsealing.

7.  On March 16, 2026, S.V. filed a Notice of Withdrawal of Motion notifying the Court that he withdraws the prior motion for unsealing at ECF No. 41.  *See* ECF No. 47.

8.  Accordingly, the government has no further update for the Court and, in light of the motion's withdrawal, understands any potential issue with regard to the motion to be mooted.  The government remains available to provide any additional information that the Court may require.

9.  The government reserves all rights to contest any future motion to unseal sealed proceedings.

DATED: March 16, 2026
Washington, DC

Respectfully submitted,

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/ Matthew Reilly
**Matthew Reilly**
Acting Assistant Chief
Florida Special Bar No. A5503036
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 320-8523
Email: matthew.reilly2@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 16, 2026, the foregoing was filed via the CM/ECF electronic filing system and served on all counsel of record as described in Local Rule 5.4. The government will also e-mail a courtesy copy to the victim.


By: /s/ Matthew Reilly
**Matthew Reilly**
Acting Assistant Chief


3