UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20560-DSL

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT,

Defendant.

_____/

## ORDER

The United States of America, having applied to this Court for an Order sealing the Government's status report, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the motion is GRANTED.  The Clerk of Court is ordered to seal the Government's status report and it may be reviewed *ex parte*.  The Government shall not be required to serve a copy of its sealed status report on the Defendant.  The United States Attorney's Office and Fraud Section, Criminal Division of the U.S. Department of Justice may obtain copies of the sealed documents for any necessary cause.

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE